**01–1231. Bardes v. Todd.**
Hamilton App. No. C–000055. On motion for stay of court of appeals' decision and motion to consolidate case with 00–2117, *Bardes v. Todd,* Hamilton App. No. C–000055. Motions denied.

**01–1383. Lawrence v. Lawrence.**
Clark App. No. 00CA0034. On motion for stay of court of appeals' judgment. Motion denied.

**01–1392. Mayer v. Bristow.**
Crawford App. No. 30104. On motion for stay of court of appeals' judgment. Motion granted.
  PFEIFER, J., dissents.
  COOK, J., not participating.

**01–1394. State ex rel. Howard v. Seaway Foodtown, Inc.**
Franklin App. No. 00AP–1097. On motion to vacate and/or motion for stay of court of appeals' judgment. Motions denied.

**01–1426. Bradley v. Bradley.**
Cuyahoga App. No. 78400. On motion for stay of court of appeals' judgment. Motion denied.

**01–1447. State v. Bretz.**
Portage App. No. 2000–P–0069. On motion for stay of court of appeals' judgment.
Motion denied.

**01–1472. In re Mitchell.**
Franklin App. No. 01AP–74. On amended motion for stay of court of appeals' judgment. Motion denied.
  MOYER, C.J., and COOK, J., dissent.

**01–1481. State v. Miller.**
Ashtabula App. No. 99–A–0078. On motion for stay of court of appeals' judgment. Motion granted.
  RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–1487. R.C.T., Inc. v. Consolidated Mgt., Inc.**
Lake App. No. 99–L–191. On motion to remand or, in the alternate, motion to stay consideration of the appeal. Motions denied.
  RESNICK, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**01–900. State v. Heil.**
Geauga App. No. 2000–G–2268. Discretionary appeal allowed; *sua sponte,* the court of appeals is ordered to appoint counsel.
  F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–904. Hubbard v. Canton City School Bd. of Edn.**
Stark App. No. 2000CA00313.
  MOYER, C.J., and F.E. SWEENEY, J., dissent.

**01–916. Osborne v. AK Steel/Armco Steel Co.**
Hamilton App. No. C–000320.
  F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**01–937. Columbus v. Garrett.**
Franklin App. No. 00AP–610.
  RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.